IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

BENJAMIN GILL,

    Plaintiff,

v.

APEX PETRO, LLC, et al.,

    Defendants.

CIVIL ACTION FILE NO.

3:18-cv-077-TCB

## ORDER APPROVING SETTLEMENT

This case is presently before the Court on the parties' Joint Motion for Approval of Settlement Agreement (Doc 16). After reviewing the settlement agreement the Court GRANTS the motion; the settlement agreement of the parties is approved. The Court shall retain jurisdiction to enforce the terms of the agreement; however this case is hereby ADMINISTRATIVELY CLOSED pending completion of all payments required under the agreement and the filling of a joint dismissal.

**SO ORDERED** this 20th day of May, 2019.

_____
Timothy C. Batten, Sr.
United States District Judge

AO 72A
(Rev.8/82)